CT Corporation

**Service of Process Transmittal**
10/24/2018
CT Log Number 534285100

**TO:** T.J. England
C.R. England, Inc.
4701 W 2100 S
Salt Lake City, UT 84120-1223

**RE:** **Process Served in Utah**

**FOR:** C.R. England, Inc.  (Domestic State: UT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JULIAN MAYLON GRAY, PLTF. vs. BRIAN ELLIS BROOKS, ETC. AND C.R. ENGLAND, INC., ETC., DFTS. |
| **DOCUMENT(S) SERVED:** | SUMMONS, COMPLAINT, ATTACHMENT |
| **COURT/AGENCY:** | HENNEPIN COUNTY - FOURTH JUDICIAL DISTRICT COURT, MO<br>Case # NONE |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 07/27/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Midvale, UT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/24/2018 at 10:58 |
| **JURISDICTION SERVED :** | Utah |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | WILLIAM L. WALKER, ESQ.<br>WALKER LAW OFFICES, P.A.<br>1300 Lagoon Avenue South<br>Suite 240<br>Minneapolis, MO 55508<br>612-821-0094 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/25/2018, Expected Purge Date: 10/30/2018 |
| | Image SOP |
| | Email Notification,  Alisa Buchanan  alisa.buchanan@crengland.com |
| | Email Notification,  T.J. England  Tj.england@crengland.com |
| | Email Notification,  Stephen Calvert  Stephen.calvert@crengland.com |
| | Email Notification,  Tyler Hayes  Tyler.hayes@crengland.com |
| | Email Notification,  Kelly Lowrey  kelly.lowrey@crengland.com |
| | Email Notification,  Leslie Bullard  Leslie.bullard@crengland.com |
| | Email Notification,  Sandy Leatherbury  sandy.leatherbury@crengland.com |

**EXHIBIT**

**A**

Page 1 of  2 / DS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 CT Corporation

**Service of Process Transmittal**
10/24/2018
CT Log Number 534285100

**TO:**    T.J. England
C.R. England, Inc.
4701 W 2100 S
Salt Lake City, UT 84120-1223

**RE:**    **Process Served in Utah**

**FOR:**    C.R. England, Inc.  (Domestic State: UT)

SIGNED:        C T Corporation System
ADDRESS:       1108 East South Union Avenue
               Midvale, UT 84047
TELEPHONE:     212-590-9070

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Salt Lake County Sheriff's Office
Rosie Rivera, Sheriff
Court Services Division
385-468-9758

Served by Deputy _____

On _____ at _____ hours

Case Type: Personal Injury

Manner of Service _____

Signed _____

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

| | |
|---|---|
| Julian Maylon Gray, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Brian Ellis Brooks, and individual, and C.R. )<br>England, Inc., a Utah Corporation, )<br>)<br>Defendant. ) | **SUMMONS** |

TO:  HENNEPIN COUNTY DISTRICT COURT; AND THE ABOVE-NAMED DEFENDANT AND THEIR ATTORNEY.

THE STATE OF MINNESOTA TO THE ABOVE-NAMED DEFENDANTS.

YOU ARE HEREBY SUMMONED and required to answer the Complaint of the Plaintiff in the above-entitled action, which Complaint hereto annexed and herewith served upon you, and to serve a copy of your Answer to said Complaint on the attorney for the Plaintiffs at his office, 1300 Lagoon Avenue South Suite 240, in the City of Minneapolis, County of Hennepin, State of Minnesota, within twenty (20) days after service, and if you fail to do so within the time aforesaid, the Plaintiff in this action will apply to the Court for the relief demanded in the complaint.

Respectfully submitted,

WALKER LAW OFFICES, P.A.

William L. Walker, Esq. (#300883)
1300 Lagoon Avenue South
Suite 240
Minneapolis, Minnesota 55508
Telephone: (612) 821-0094
Facsimile: (612) 821-0098

Dated this 12 day of October 2018

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                          FOURTH JUDICIAL DISTRICT
                                                   Case Type: Personal Injury

Julian Maylon Gray,                          )
                                             )
          Plaintiff,                         )
                                             )          **COMPLAINT**
vs.                                          )
                                             )
Brian Ellis Brooks, and individual, and C.R. )
England, Inc., a Utah Corporation,           )
                                             )
          Defendants.                        )

TO:  HENNEPIN COUNTY DISTRICT COURT; AND THE ABOVE-NAMED
     DEFENDANT AND THEIR ATTORNEY.

     PLAINTIFF Julian for his cause of action, state and allege that:


**I.**
**Statement of Jurisdiction**

          Plaintiff, Julian Maylon Gray, is an adult residing at 4765 Minnetonka Blvd., Apt
206, in Saint Louis Park Minnesota 55416. At the time of the collision, Defendant Brooks
Brian Ellis resided at 8716 Kentdale, in San Antonio Texas 78239. At the time of the
collision, Defendant C.R. England, a Utah Corporation, had its corporate offices and
principal place of business located at 4701 W. 2100 S. in Salt Lake City Utah 84120.


**II.**
**Facts to Support Cause of Action**

          On or about 07/27/2017, in the City of Saint Louis Park, County of Hennepin, State
of Minnesota, at approximately 8:50 am, Plaintiff was operating his 2012 Volvo and was
attempting to take a right turn onto Texas Avenue from a stop sign located adjacent to,
and to the right, of the right turn lane located in the Cub Food parking lot at or near 3620
Texas Ave. South in Saint Louis Park, Minnesota.

          On or about 07/27/2017 at approximately 8:50am, Defendant was operating an 18-
wheeler commercial truck with the permission of its owner Defendant, C.R. England, Inc.
and was attempting to exit the same Cub Foods parking lot by making a right turn onto
Texas Ave from the left turn lane striking Plaintiff's vehicle on its passenger side.

Defendant failed to turn left as was required by the left turn pavement marking, failed to maintain a proper lookout, failed to properly control his vehicle, and was otherwise negligent in the operation of the C.R. England owned truck.

## III.
## Relief Demanded

That as a direct and proximate result of Defendant Ellis's negligence and carelessness, and as a direct and proximate cause of C.R. England Inc.'s negligent hiring, negligent training, and negligent supervision and retention of its employees, Plaintiff Gray was caused to suffer and sustained severe, painful, and permanent injuries, and will in the future incur losses and expenses for hospitalization and medical treatment; and as a result, he has in the past and will in the future incur loss of wages, salary and income, as a result, he has in the past and will in the future incur a loss of general earning capacity and has satisfied the tort thresholds of Minn. Stat. §65B all to her general and special damages in a sum in excess of Fifty Thousand and no/100s ($50,000.00) Dollars.

WHEREFORE, plaintiff demands judgment against defendant for a sum in excess of Fifty Thousand and no/100s ($50,000.00) Dollars, together with her interest, costs and disbursements incurred herein.

Respectfully submitted,

WALKER LAW OFFICES, P.A.

William L. Walker, Esq. (#300883)
1300 Lagoon Avenue South
Suite 240
Minneapolis, Minnesota 55508
Telephone: (612) 821-0094
Dated this ___ day of ___ 2018    Facsimile: (612) 821-0098

## ACKNOWLEDGMENT

The plaintiffs hereby acknowledge that costs, disbursements and reasonable attorney and witness fees may be awarded to the defendant pursuant to Minn. Stat. §549.21, subd. 2.

Attorney for Plaintiffs