| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |
| | CASE TYPE: PERSONAL INJURY |

Julian Maylon Gray,

    Plaintiff,

vs

Brian Ellis Brooks, and individual and
C.R. England, Inc., a Utah Corporation,

    Defendants.

Court File No. _____

**NOTICE OF FILING A
NOTICE FOR REMOVAL**

---

    On November 7, 2018, defendants filed its Notice of Removal of Civil Action to the United States District Court with the United States District Court for the Fourth District of Minnesota, a copy of which is attached hereto and hereby served upon you.

    A copy of the Notice is being filed with the Court Administrator of the Fourth Judicial District of the State of Minnesota.

Dated:  November 7, 2018.

Lind, Jensen, Sullivan & Peterson
A Professional Association

        s\ Matthew D. Sloneker
By_____
    Brian A. Wood   #141690
    Matthew D. Sloneker  #338953
Attorneys for Defendant
1300 AT&T Tower
901 Marquette Avenue South
Minneapolis, Minnesota 55402
(612) 746-0151
*brian.wood@lindjensen.com*